IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE DOUGLAS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GILBERT WALTERS, ET AL.** | : | **NO. 02-CV-2862** |

### ORDER

\_\_\_\_\_AND NOW, this \_\_\_\_ day of May, 2003, upon consideration of petitioner's unopposed Motion to Withdraw Claims for which Evidentiary Hearing is Recommended by Magistrate Judge (paper no. 36), it is **ORDERED** that said motion be **GRANTED** without prejudice. All outstanding motions (paper numbers 6, 13, 24, 31 and 32) are **DENIED AS MOOT**.

                                   Norma L. Shapiro, S.J.