IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE DOUGLAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GILBERT WALTRS, et al. | : | NO. 02-2862 |

## **ORDER**

AND NOW, this 29th day of May, 2003, in accordance with this court's Order of May 16, 2003, it is **ORDERED** that the Clerk shall mark this case **CLOSED**.

_____

S.J.