IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Andre Douglas

02-CV-2862
District Court Docket Number

vs.

Gilbert A. Walters, et al

Notice of Appeal Filed 7/28/03
Court Reporter(s)/ESR Operator(s)

Filing Fee:
      Notice of Appeal __Paid _XX_Not Paid __Seaman
      Docket Fee    __Paid _XX_Not Paid __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_Denied
__Pending

Defendant's Address (for criminal appeals)

_____

_____

_____

Prepared by :_____
                 Fernando Benitez, Jr.
_____
                 Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm